UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHAMPLAIN SPECIALITY INSURANCE COMPANY                                        Plaintiff

v.                                                                                        Civil Action No. 3:23CV-268-RGJ

ALERT PATROL, INC., ET AL.                                                                Defendants

\* \* \* \* \*

### ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case **[DE 26]**, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within thirty (30) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within thirty (30) days from entry of this Order if the settlement is not consummated.

September 2, 2023

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to:  Counsel of Record