**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

| | |
|---|---|
| CHAMPLAIN SPECIALTY INSURANCE COMPANY )<br>)<br>) | |
| ) | Civil Action No.: 3:23-cv-00268-RGJ |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ALBERT PATROL, INC. and ) | |
| BRENDA BROOKS AND JENNY HEINE, ) | |
| as co-administratrix of the Estate of ) | |
| DAVID K. DICKSON ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order, entered on December 12, 2023 (*See* DN 28), Plaintiff Champlain Specialty Insurance Company and Defendants Alert Patrol, Inc. and Brenda Brooks and Jenny Heine as co-administratrix of the Estate of David K. Dickson, agreeing, and the Court being otherwise sufficiently advised, rules as follows:

**IT IS ORDERED** that all claims of Plaintiff Champlain Specialty Insurance Company against Defendants Alert Patrol, Inc. and Brenda Brooks and Jenny Heine as co-administratrix of the Estate of David K. Dickson are DISMISSED BY AGREEMENT WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.  There being no just cause for delay, this is a final and appealable Order.

This January \_\_\_\_, 2024.

January 16, 2024

Rebecca Grady Jennings, District Judge
United States District Court

**HAVE SEEN AND AGREED TO:**

/s/ *Trent Spurlock*
M. Trent Spurlock
Anne Guillory
Dinsmore & Shohl LLP
101 S. Fifth St., Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
(502) 585-2207 – fax
trent.spurlock@dinsmore.com
anne.guillory@dinsmore.com
*Counsel for Plaintiff Champlain Specialty Insurance Co.*


/s/ *Patrick S. McElhone (with permission)*
Gary R. Hillerich
Patrick McElhone
One Riverfront Plaza
401 W. Main Street, Suite 950
Louisville, KY 40202
(502) 736-8100
(502) 736-8150 – fax
office@garyhillerich.com
hal456@aol.com
pat@patmclaw.com
*Counsel for Defendants/Counterclaimants Brenda Brooks and Jenny Heine, Co-Administratrix of the Estate of David K. Dickson*


/s/ *Daniel E. Linneman (with permission)*
Daniel E. Linneman
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
(859) 394-6200
(859) 392-7261 – fax
Dlinneman#adamsattorneys.com
*Counsel for Defendant, Alert Patrol, Inc.*

2